# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2020 SEP 17 P 12:05
CLERK OF COURT

(Full name of plaintiff(s))

Orell Thomas

v.

(Full name of defendant(s))

Dollar Tree
Kevin Schrimshaw D-M
Steve T. Store Manager

Case Number:

**20-C-1458**

(to be supplied by Clerk of Court)

## A. PARTIES

1. Plaintiff is a citizen of _____ and resides at
   (State)

   _____
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant _____
   (Name)

is (if a person or private corporation) a citizen of Virginia
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1 I got fired because of Discrimination

2 Steve Store Manager started playing with my hr. at work. So I told Kevin he is the District Manager and he did nothing about it

3 All of this happen the beginning of March of 2019

4 All of this happen at the store in Appleton Wisconsin

5 He did not want me a black man being a Assistant Store manager.

Complaint – 2

I Ovell Thomas Worked for Dollar Tree in Appleton Wisconsin as a assistant Store Manager I started in October in 2016. I was fired in March 19 of 2019 I was an assistant Manager longer than Steve the Store Manager and he did not like that and the the store open in January of 19 and I was fired in March of 19. I was the only black manager fired so a white lady can take my place. In the mist of all of this I Suffered humiliation, lost wages and Emotional damage

I was retaliation against me because I got fired (wis stat §230.80).

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I would like for the Judge make a settlement for 1.5 million. Because discrimination in Wisconsin starts out a 1 millio. I know the Judge will settled for 700.000 thousand

Retaliation in Wisconsin start at 1 million I know the Judge will settled for 700.000 thousand.
So that's where I'm coming up with 1.5 million

E.  JURY DEMAND

   I want a jury to hear my case.

   ☒ – YES        ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __14__ day of __September__ 20 __20__.

Respectfully Submitted,

_O'rell Thomas_
Signature of Plaintiff

_314-372-5308_
Plaintiff's Telephone Number

_Orellthomas70@gmail.com_
Plaintiff's Email Address

_1412 Alta Mira Dr._
_Killeen Tx. 76541-8282_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:20-cv-01458-NJ   Filed 09/17/20   Page 5 of 5   Document 1