UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

OVELL THOMAS,

    Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1458-pp

DOLLAR TREE,
KEVIN SCHRIMSHAW,
and STEVE T.,

    Defendants.

☐   **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☑   **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

    **THE COURT ORDERS AND ADJUDGES** that the plaintiff's employment discrimination complaint against defendant Dollar Tree is **DISMISSED**. The remaining defendants were previously dismissed.

    **THE COURT ORDERS** that the defendant's motion and the plaintiff's request to dismiss the case are **GRANTED**. Dkt. Nos. 20, 24.

    **THE COURT ORDERS** that this case is **DISMISSED**.

    Approved and dated in Milwaukee, Wisconsin this 17th day of February, 2022.

    **BY THE COURT:**

    _____
    **HON. PAMELA PEPPER**
    **Chief United States District Judge**

    GINA M. COLLETTI
    Clerk of Court
    s/ *Cary Biskupic*
    (by) Deputy Clerk